IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DISCOVER PROPERTY AND        )
CASUALTY INSURANCE COMPANY,  )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )     2:10cv1011-MHT
                             )         (WO)
CIMCO REFRIGERATION, INC.,   )
and LARRY BURDETTE and       )
NANCY VATCA, as Co-          )
Administrators of the        )
Estate of Nicholas T.        )
Burdette, Deceased,          )
                             )
    Defendants.              )
```

## JUDGMENT

Pursuant to the stipulations for dismissal (doc. nos. 53, 54, & 55), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice, costs taxed as paid.

It is further ORDERED that all outstanding motions are denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case is closed.**

**DONE, this the 4th day of April, 2012.**

         /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**